**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CASEY ORLANDO CARROLL, | NO. CV 17-8297-DSF(E) |
| Petitioner, | |
| v. | JUDGMENT |
| DEBBIE ASUNCION, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: 5/14/18

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE